No. 752, Misc. JAKALSKI *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold* for respondents.

No. 755, Misc. WILSON *v.* MACBRIDE, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 9th Cir. Certiorari denied.

No. 756, Misc. THIBADOUX *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 761, Misc. MARCUS *v.* DEEGAN, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 771, Misc. MULLIGAN *v.* NEW JERSEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 774, Misc. IN RE SANCRANT ET AL. Sup. Ct. Ohio. Certiorari denied. *Harry Friberg* for the State of Ohio, respondent, in opposition.

No. 775, Misc. FLEISCHMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 800, Misc. LEYSITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 801, Misc. STANCATO, DBA STANCATO SCHOOL OF ACCORDION, ET AL. *v.* SERVICE BUREAU CORP., SUBSIDIARY OF INTERNATIONAL BUSINESS MACHINES, INC. Sup. Ct. Cal. Certiorari denied. *Everett B. Clary* for respondent.